No. 94–8650. NORMA M. *v.* SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–8673. CROSS *v.* DODD ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–8691. PAJARO-RACERO *v.* UNITED STATES; and
No. 94–8753. PEREZ-RAMOS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–8695. TRINIDAD LOZA *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. 

No. 94–8707. WEEKS *v.* KAY & ASSOCIATES, INC. C. A. 11th Cir. Certiorari denied.

No. 94–8708. HISER *v.* CITY OF BOWLING GREEN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 94–8716. MCQUEEN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8717. GREENSPAN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied. 

No. 94–8719. ROCHA *v.* PRICE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 94–8739. PARRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 94–8743. ANDERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–8756. LUJAN GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–8762. LUIS COLON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 94–8763. ROBERTS *v.* MOTION PICTURE PENSION PLAN ET AL. C. A. 9th Cir. Certiorari denied.